**JUDGE MARK C. SCARSI**
**EXHIBIT A**
**SCHEDULE OF PRETRIAL AND TRIAL DATES WORKSHEET**

| Trial and Final Pretrial Conference Dates | | Parties' Agreed Date mm/dd/yyyy | Court Order mm/dd/yyyy |
|---|---|---|---|
| Check one:  X Jury Trial   or  ☐ Court Trial<br>**(_Tuesday_** at 8:30 a.m., within 18 months after Complaint filed)<br>Estimated Duration: 4-6 Days | | 05/20/2025 | ☐ Jury Trial<br>☐ Court Trial<br>___ Days |
| Final Pretrial Conference ("FPTC") (L.R. 16], Hearing on Motions in Limine<br>**(_Monday_** at 2:00 p.m., at least 15 days before trial) | | 05/05/2025 | |
| **Event**[1]<br>_Note:_ Hearings shall be on Monday at 9:00 A.M. Other dates can be any day of the week. | **Weeks Before FPTC** | | |
| Trial Filings (second round)<br>• Oppositions to Motions in Limine<br>• Joint Proposed Final Pretrial Conference Order [L.R. 16-7]<br>• Joint/Agreed Proposed Jury Instructions _(jury trial only)_<br>• Disputed Proposed Jury Instructions _(jury trial only)_<br>• Joint Proposed Verdict Forms _(jury trial only)_<br>• Joint Proposed Statement of the Case _(jury trial only)_<br>• Proposed Additional Voir Dire Questions, if any _(jury trial only)_<br>• Evidentiary Objections to Decls. of Direct Testimony (_court trial only_) | 2 | 04/21/2025 | |
| Trial Filings (first round)<br>• Motions In Limine<br>• Memoranda of Contentions of Fact and Law (L.R. 16-4]<br>• Witness Lists (L.R. 16-5]<br>• Joint Exhibit List [L.R. 16-6.1]<br>• Joint Status Report Regarding Settlement<br>• Proposed Findings of Fact and Conclusions of Law (L.R. 52] _(court trial only)_<br>• Declarations containing Direct Testimony _(court trial only)_ | 3 | 04/14/2025 | |
| Last Date to **_Hear_** Motions _(Monday)_<br>• Rule 56 Motion due at least 5 weeks before hearing<br>• Opposition due 2 weeks after Motion is filed<br>• Reply due 1 week after Opposition is filed | 6 | 03/24/2025 | |
| Deadline to File Replies to Rule 56 and _Daubert_ Motion(s) | 8 | 03/10/2025 | |
| Deadline to File Oppositions to Rule 56 and _Daubert_ Motion(s) | 9 | 03/03/2025 | |
| Deadline to File Rule 56 and _Daubert_ Motion(s) | 11 | 02/17/2025 | |
| Deadline to Complete Settlement Conference (L.R. 16-15]<br>**_Select_ one:** ☐ 1. Magistrate Judge _(with Court approval)_<br>          ☐ 2. Court's Mediation Panel<br>          X   3. Private Mediation | 24 | 11/13/2024 | ☐ 1. Mag. J.<br>☐ 2. Panel<br>X 3. Private |
| Expert Discovery Cut-Off | 14 | 01/30/2025 | |
| Expert Disclosure (Rebuttal) | 20 | 12/16/2024 | |

**JUDGE MARK C. SCARSI**

| | | |  |
|---|---|---|---|
| <u>Expert Disclosure (Initial)</u> | 24 | 11/18/2024 | |
| <u>Discovery Cut-Off</u> | 25 | 11/12/2024 | |
| *Markman* Hearing | 46 | 6/17/2024 | |
| Last Date to ***Hear*** Motion to Amend Pleadings /Add Parties *(Monday]* | 46 | 06/21/2024 | |
| Deadline for Responsive Claim Construction Briefs | 48 | 05/31/2024 | |
| Deadline to ***File*** Motion to Amend Pleadings/Add Parties | 50 | 05/17/2024 | |
| Deadline for Opening Claim Construction Briefs | 52 | 05/03/2024 | |
| Parties file joint claim construction and prehearing statements | 53 | 04/26/2024 | |
| Parties exchange proposed claim constructions | 54 | 04/19/2024 | |
| Parties exchange proposed claim terms for construction | 55 | 04/12/2024 | |

**The parties may seek dates for additional events by filing a separate Stipulation and Proposed Order. <u>*Patent and ER/SA cases in particular may need to vary from the above*</u>.**

[2]  **The parties may wish to consider cutting off expert discovery prior to the deadline for *filing* an MSJ.**